Same case below, 306 S.W.3d 529.

**No. 10-5614. Alterick Kelly, Petitioner v. New Jersey.**

562 U.S. 931, 131 S. Ct. 327, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7596.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-5615. Gilbert L. Dowdy, Petitioner v. United States.**

562 U.S. 931, 131 S. Ct. 327, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7422.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5616. Rayne Dee Wells, Jr., Petitioner v. Washington.**

562 U.S. 931, 131 S. Ct. 327, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7631.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 154 Wash. App. 1018.

**No. 10-5617. Mitchell Williams, Petitioner v. Clay Electric Cooperative, Inc., et al.**

562 U.S. 932, 131 S. Ct. 328, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7280.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 42 So. 3d 236.

**No. 10-5618. Jefferson Watson, Petitioner v. Georgia.**

562 U.S. 932, 131 S. Ct. 328, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7482.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 302 Ga. App. 619, 691 S.E.2d 378.

**No. 10-5619. Chuong Van Duong, Petitioner v. United States.**

562 U.S. 932, 131 S. Ct. 328, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7214.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-5620. James Michael Myron, Petitioner v. California.**

562 U.S. 932, 131 S. Ct. 328, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7149.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-5622. Henry Rauser, Petitioner v. United States.**

562 U.S. 932, 131 S. Ct. 328, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7623,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 229.